# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

AMER AWAD, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

COAST DENTAL SERVICES, LLC.,

    *Defendant*.

Case No. 8:22-cv-01478-MSS-CPT

## JOINT MOTION AND STIPULATION TO STAY
## CASE PENDING THE OUTCOME OF MEDIATION

Plaintiff Amer Awad ("Plaintiff") and Defendant Coast Dental Services, LLC (individually, "Defendant" and collectively with Plaintiff, the "Parties") hereby stipulate and agree to stay all case deadlines in the above-captioned matter pending completion of the Parties' forthcoming mediation, and respectfully jointly request that the Court approve and enter same as an order of the Court, stating as follows:

1. This putative class action, which alleges purported violations the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059(8)(a), was filed with this Court on June 28, 2022. *See* Dkt. 1. Defendant disputes the allegations and denies any liability to Plaintiff or putative class members.

2. Defendant moved to dismiss the Complaint on August 29, 2022. *See* Dkt. 8. Plaintiff filed an opposition to the motion on September 19, 2022. *See* Dkt. 9.

3. No case schedule has been entered. However, pursuant to Local Rule 3.02(b)(2), the Parties filed a joint case management report on November 8, 2022. *See* Dkt. 10.

4.     The Parties have been discussing a possible extra-judicial resolution and have agreed to mediate this case, via a mutually-agreed private mediator to be determined, within the next 90 days.  To facilitate that mediation without incurring the additional costs of litigating this matter, and for the sake of judicial and party economy, the Parties have agreed to temporarily stay all case deadlines—including Defendant's upcoming responsive pleading deadline and the Parties' deadline to submit a joint case management report noted above—until the completion of the mediation.  The Parties have agreed to jointly request the Court's approval of same.

5.     It is well-settled in the Eleventh Circuit that courts have broad discretion to control their own dockets and, as such, may (and indeed will routinely) stay cases in the interests of justice and fairness so parties can mediate disputes.  *See, e.g., Hawkins v. Citimortgage, Inc.,* 2014 WL 7369972, at *2 (M.D. Fla. Dec. 29, 2014) (citing *Chudasama v. Mazda Motor Corp.,* 123 F.3d 1353, 1366 (11th Cir. 1997)); *Allstate Ins. Co. v. Electrolux Homeproducts, Inc.,* 2019 WL 7494445, at *1 (S.D. Ga. July 3, 2019) (citing *Clinton v. Jones*, 520 U.S. 681, 708 (1997)); *Pulley v. JPMorgan Chase Bank,* 2012 WL 2838677, at *1 (S.D. Fla. July 10, 2012).  *See also Advanced Bodycare Solutions, LLC v. Thione Intern., Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008) (noting courts should liberally employ mediation to expedite the resolution of cases).

6.     A temporary stay in this case will not impact the timely resolution of this matter, would assist the Parties in exploring a prompt and cost-effective alternative resolution, would promote judicial and party economy, and would not prejudice any party to this matter, as the Parties are in agreement and the case is in its early stages.

- 3 -

7.     Therefore, the Parties respectfully submit that there is good cause to enter a temporary stay pending the outcome of the mediation.

WHEREFORE, the Parties respectfully request that the Court temporarily stay these proceedings (including all case deadlines) pending the outcome of the mediation.

Date: December 14, 2022                                         Respectfully Submitted,

| **EDELSBERG LAW, P.A.**<br>*/s/ Scott Edelsberg*<br>Scott Edelsberg<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>Christopher Gold<br>chris@edelsberglaw.com<br>Florida Bar No. 088733<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>Office: (786) 289-9471<br>Direct: (305) 975-3320<br>Fax: (786) 623-0915<br><br>*Counsel for the Plaintiff and the class* | **MARK MIGDAL & HAYDEN**<br>*/s/ Yaniv Adar*<br>Yaniv Adar, Esq.<br>Florida Bar No. 63804<br>yaniv@markmigdal.com<br>80 S.W. 8th Street, Suite 1999<br>Miami, Florida 33130<br>Telephone: (305) 374-0440<br><br>*Counsel for the Defendant* |